UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LUIS RENTERIA, | ) No. CV 16-6874 R (FFM) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DEBBIE ASUNCION, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 2, 2017

MANUEL L. REAL
United States District Judge